**James R. MASON et al., Appellants,**

**v.**

**The STATE of Texas, Appellee.**

**No. 42734.**

Court of Criminal Appeals of Texas.

March 4, 1970.

No attorney on appeal, for appellants.

Carol S. Vance, Dist. Atty., and James C. Brough, Houston, and Jim D. Vollers, State's Atty., Austin, for the State.

OPINION

WOODLEY, Presiding Judge.

This is an appeal by the principal in a bail bond forfeiture case.

No brief has been filed in this court as required by the Texas Rules of Civil Procedure (R.C.P. 414 et seq.) applicable to such appeals (Art. 44.44 V.A.C.C.P.).

Failure to comply with such rules authorizes dismissal of the appeal for want of prosecution. Gregory et al. v. State, 172 Tex.Cr.R. 441, 358 S.W.2d 388, and cases cited.

The appeal is dismissed.